ACCEPTED
14-10-00708-CV
FOURTEENTH COURT OF APPEALS
HOUSTON, TEXAS
7/16/2015 3:35:10 PM
CHRISTOPHER PRINE
CLERK

# No. 14-10-00708-CV

## IN THE FOURTEENTH COURT OF APPEALS
## HOUSTON, TEXAS

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
7/16/2015 3:35:10 PM
CHRISTOPHER A. PRINE

## PORT OF HOUSTON AUTHORITY OF HARRIS COUNTY, TEXAS

### v.

## ZACHRY CONSTRUCTION CORPORATION

**On appeal from the 151st Judicial District Court of Harris County, Texas
Trial Court Cause No. 2006-72970**

## ZACHRY CONSTRUCTION CORPORATION'S UNOPPOSED MOTION FOR LEAVE TO FILE THUMB DRIVE CONTAINING HYPERLINKED SUPPLEMENTAL BRIEF OF APPELLEE

**GIBBS & BRUNS, LLP**
Robin C. Gibbs
State Bar No. 0785300
rgibbs@gibbsbruns.com
Jennifer Horan Greer
State Bar No. 00785611
jgreer@gibbsbruns.com
Sydney G. Ballesteros
State Bar No. 24036180
sballesteros@gibbsbruns.com
Michael R. Absmeier
State Bar No. 24050195
mabsmeier@gibbsbruns.com
Amanda B. Nathan
State Bar No. 00784662
anathan@gibbsbruns.com
1100 Louisiana, Suite 5300
Houston, Texas 77002
Phone: (713) 650-8805
Fax: (713) 750-0903

**REYNOLDS FRIZZELL, LLP**
Brandon T. Allen
State Bar No. 24009353
ballen@reynoldsfrizzell.com
1100 Louisiana, Suite 3500
Houston, Texas 77002
Phone: (713) 485-7200
Fax: (713) 485-7520

**ALEXANDER DUBOSE JEFFERSON & TOWNSEND LLP**
Douglas W. Alexander
State Bar No. 00992350
dalexander@adtappellate.com
515 Congress Avenue, Suite 2350
Austin, Texas 78701-3562
Phone: (512) 482-9301
Fax: (512) 482-9303

**ZACHRY CONSTRUCTION CORPORATION'S UNOPPOSED MOTION FOR LEAVE TO FILE THUMB DRIVE CONTAINING HYPERLINKED SUPPLEMENTAL BRIEF OF APPELLEE**

Appellee Zachry Construction Corporation files this Unopposed Motion for Leave to File Thumb Drive Containing Hyperlinked Version of Supplemental Brief of Appellee.

**I.**
**Necessity for Leave to File Thumb Drive**

On June 12, 2015, Zachry filed its post-remand Supplemental Brief of Appellee. For the Court's convenience, Zachry has created a thumb drive containing a copy of the Supplemental Brief that is hyperlinked to the appellate record and the legal authorities cited therein. The linked brief is enormous—1.5 MB—and thus too big to file electronically. Zachry therefore seeks leave to submit the hyperlinked brief on a thumb drive. Zachry would also provide copies of the hyperlinked brief to counsel for the Port of Houston Authority.

**II.**
**Content of Hyperlinked Brief**

The hyperlinked version of the Supplemental Brief is identical to the brief originally filed, with the following exceptions:

1.      The version on the thumb drive contains hyperlinks to the entire record and all legal authorities, rather than just to the appendix.

2.     Although the Supplemental Appellee's brief contains four erroneous cites, the version on the thumb drive links the erroneous cites to the correct cites as shown below.

   a.     On page xxi, line 4, the citation to "Argument Part IV.D." links to "Argument Part III.D."

   b.     On page xxi, line 11, the citation to "Argument Part IV.E." links to "Argument Part III.E."

   c.     On page 12, the citation to "449 S.W.3d at 101, n.3(A3)" links to "449 S.W.3d at 102."

   d.     On page 40, line 2, the citation to PX580 at 273, links to CR37:10572. *See* Zachry Construction Corporation's Notice of Incorrect Citation (filed July 11, 2015).

## III.
## Prayer

Zachry requests leave to file a thumb drive containing the hyperlinked version of its Supplemental Brief of Appellee described above.   Zachry prays for all other relief to which it is entitled.

Respectfully submitted,

By:   /s/  Robin C. Gibbs

**REYNOLDS FRIZZELL LLP**
Brandon T. Allen
State Bar No. 24009353
ballen@reynoldsfrizzell.com
1100 Louisiana, Suite 3500
Houston, Texas 77002
Phone: (713) 485-7200
Fax: (713) 485-7520

**ALEXANDER DUBOSE
JEFFERSON & TOWNSEND LLP**
Douglas W. Alexander
State Bar No. 00992350
dalexander@adtappellate.com
515 Congress Avenue, Suite 2350
Austin, Texas 78701-3562
Phone: (512) 482-9301
Fax: (512) 482-9303

**GIBBS & BRUNS, L.L.P.**
Robin C. Gibbs
State Bar No. 0785300
rgibbs@gibbsbruns.com
Jennifer Horan Greer
State Bar No. 00785611
jgreer@gibbsbruns.com
Sydney G. Ballesteros
State Bar No. 24036180
sballesteros@gibbsbruns.com
Michael R. Absmeier
State Bar No. 24050195
mabsmeier@gibbsbruns.com
Amanda B. Nathan
State Bar No. 00784662
anathan@gibbsbruns.com
1100 Louisiana, Suite 5300
Houston, Texas 77002
Phone: (713) 650-8805
Fax: (713) 750-0903

ATTORNEYS FOR APPELLEE, ZACHRY
CONSTRUCTION CORPORATION

# CERTIFICATE OF SERVICE

I hereby certify that on the 16th day of June, 2015, a copy of the foregoing instrument was served upon the following counsel by electronically filing with the Clerk of Court using the TexFile electronic filing system which will send notification of such filing to the following and via e-mail:

David E. Keltner
State Bar No. 11249500
david.keltner@kellyhart.com
Marianne Auld
State Bar No. 01429910
marianne.auld@kellyhart.com
KELLY HART & HALLMAN LLP
201 Main Street, Suite 2500
Fort Worth, Texas 76102

David H. Brown
State Bar No. 03109200
dbrown@bkllp.com
BROWN & KORNEGAY LLP
2777 Allen Parkway, Suite 977
Houston, Texas 77019

Karen L.T. White
State Bar No. 20274500
karen@kltwpc.com
KAREN L.T. WHITE, P.C.
2777 Allen Parkway, Suite 977
Houston, Texas 77019

Marie R. Yeates
State Bar No. 22150700
myeates@velaw.com
Catherine B. Smith
State Bar No. 03319970
csmith@velaw.com
VINSON & ELKINS L.L.P.
1001 Fannin, Suite 2500
Houston, Texas 77002

Michael A. Heidler
State Bar No. 24059921
mheidler@velaw.com
VINSON & ELKINS L.L.P.
2801 Via Fortuna, Suite 100
Austin, Texas 78746

Bill Sims
State Bar No. 18429500
bsims@velaw.com
VINSON & ELKINS L.L.P.
2001 Ross Avenue, Suite 3700
Dallas, Texas 75201

*Attorneys for Respondent, The Port of Houston Authority of Harris County, Texas*

Joe F. Canterbury, Jr.
State Bar No. 03761000
jcanterbury@canterburylaw.com
CANTERBURY ELDER GOOCH
    SURRATT SHAPIRO & STEIN
Occidental Tower
5005 LBJ Freeway, Suite 1000
Dallas, Texas 75244
*Attorneys for Amicus Curiae Associated General Contractors of Texas, Inc.*

Michael Keeley
State Bar No. 11157800
michael.keeley@strasburger.com
STRASBURGER & PRICE, LLP
901 Main Street, Suite 4400
Dallas, Texas 75202
*Attorney for Amicus Curiae Zurich Surety*

/s/  Jennifer Horan Greer
Jennifer Horan Greer

## CERTIFICATE OF COMPLIANCE

I conferred with the Port's counsel, Marie Yeates, on July 16, 2015, and was informed that the Port does not oppose this motion.

/s/ Jennifer Horan Greer
Jennifer Horan Greer